USCA1 Opinion

 

 [NOT FOR PUBLICATION--NOT TO BE CITED AS PRECEDENT] United States Court of Appeals For the First CircuitNo. 98-2118 OLGA CAPO ROMAN, Appellant, v. LA ELECTRONICA, INC., Appellee. APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO [Hon. Jose Antonio Fuste, U.S. District Judge] Before Lynch, Circuit Judge, Bownes, Senior Circuit Judge, and Lipez, Circuit Judge.   Fernando Van Derdys, Jose A. Acosta Grubb and Fiddler,Gonzalez & Rodriguez on brief for appellant. APRIL 6, 1999   Per Curiam. Upon careful consideration of appellant's brief and the record, we conclude that there is no reason to disturb the district court's affirmance of the bankruptcy court's order. We reach this conclusion substantially for the reasons stated in the district court's order dated July 30, 1998. Affirmed. See 1st Cir. Loc. R. 27.1.